·VINTON A. HOGAN *vs.* THE GREAT NORTHERN PAPER COMPANY.

Androscoggin County. Decided September 29, 1914. We have examined the entire evidence in this case with great care and are unable to discover sufficient testimony to warrant a finding that the defendant was negligent in the performance or non-performance of any duty which it owed the plaintiff. The jury must have been influenced by sympathy or misconceived the force and application of the evidence. It is the opinion of this Court that the verdict was manifestly wrong. Plea, general issue. Verdict for plaintiff for $3750. Defendant filed motion for new trial. Motion °sustained. New trial granted. *W. H. Judkins,* for plaintiff. *Newell & Skelton,* for defendant.

---

CHARLES E. BICKNELL

*vs.*

JOHN A. MORSE and CLARENCE W. MORSE.

Knox County. Decided October 5, 1914. This is an action of assumpsit on an account annexed to recover for use of Schooner Mary Brewer, from October 31, 1913 to December 1, 1913, at $10 per day, amounting to $300.00. Plea, general issue. The jury returned a verdict for plaintiff for $305.55. The defendants filed exceptions to certain instructions of the presiding Justice, and also a general motion for a new trial. Motion and exceptions overruled. *M. A. Johnson,* for plaintiff. *Reuel Robinson,* for defendants.